Pro Se 14 (Rev. 12/16) Complaint for Violation of Civil Rights (Prisoner)

FILED 07 OCT '25 10:34 USDC-ORP

# UNITED STATES DISTRICT COURT
for the

_____ District of _____

_____ Division

Honora Tremaine Patterson

*Plaintiff(s)*
*(Write the full name of each plaintiff who is filing this complaint. If the names of all the plaintiffs cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)*

-v-

Olvera, J
D. Bickford
Officer, Cardenas

*Defendant(s)*
*(Write the full name of each defendant who is being sued. If the names of all the defendants cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names. Do not include addresses here.)*

Case No. 2:25-cv-01834-SI
*(to be filled in by the Clerk's Office)*

## COMPLAINT FOR VIOLATION OF CIVIL RIGHTS
(Prisoner Complaint)

### NOTICE

Federal Rules of Civil Procedure 5.2 addresses the privacy and security concerns resulting from public access to electronic court files. Under this rule, papers filed with the court should *not* contain: an individual's full social security number or full birth date; the full name of a person known to be a minor; or a complete financial account number. A filing may include *only*: the last four digits of a social security number; the year of an individual's birth; a minor's initials; and the last four digits of a financial account number.

Except as noted in this form, plaintiff need not send exhibits, affidavits, grievance or witness statements, or any other materials to the Clerk's Office with this complaint.

In order for your complaint to be filed, it must be accompanied by the filing fee or an application to proceed in forma pauperis.

## I. The Parties to This Complaint

### A. The Plaintiff(s)

Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

- Name: Honora Tremaine Patterson
- All other names by which you have been known:
- ID Number: 70466235
- Current Institution: Two River Correction Insitution
- Address: 82911 Beach Acess Rd
  - City: Umatilla
  - State: OR
  - Zip Code: 97882

### B. The Defendant(s)

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. Make sure that the defendant(s) listed below are identical to those contained in the above caption. For an individual defendant, include the person's job or title *(if known)* and check whether you are bringing this complaint against them in their individual capacity or official capacity, or both. Attach additional pages if needed.

**Defendant No. 1**
- Name: Cardenas
- Job or Title *(if known)*: Correctional Officer
- Shield Number:
- Employer: DOC
- Address: 82911 Beach Acess Rd
  - City: Umatilla
  - State: OR
  - Zip Code: 97882
- [ ] Individual capacity  [x] Official capacity

**Defendant No. 2**
- Name: D. Bickford
- Job or Title *(if known)*: Nurse
- Shield Number:
- Employer: DOC
- Address: 82911 Beach Access Rd
  - City: Umatilla
  - State: OR
  - Zip Code: 97882
- [ ] Individual capacity  [x] Official capacity

Defendant No. 3
- Name: J. Olvera
- Job or Title (if known): Sgt
- Shield Number:
- Employer: ODOC
- Address: 82911 Beach Access Rd
  Umatilla / OR / 97882
  City / State / Zip Code

[ ] Individual capacity  [✓] Official capacity

Defendant No. 4
- Name: K. Harris
- Job or Title (if known): Corporal
- Shield Number:
- Employer: ODOC
- Address: 82911 Beach Access Rd
  Umatilla / OR / 97882
  City / State / Zip Code

[ ] Individual capacity  [✓] Official capacity

## II. Basis for Jurisdiction

Under 42 U.S.C. § 1983, you may sue state or local officials for the "deprivation of any rights, privileges, or immunities secured by the Constitution and [federal laws]." Under *Bivens v. Six Unknown Named Agents of Federal Bureau of Narcotics, 403 U.S. 388 (1971)*, you may sue federal officials for the violation of certain constitutional rights.

A. Are you bringing suit against *(check all that apply)*:

[ ] Federal officials (a *Bivens* claim)

[✓] State or local officials (a § 1983 claim)

B. Section 1983 allows claims alleging the "deprivation of any rights, privileges, or immunities secured by the Constitution and [federal laws]." 42 U.S.C. § 1983. If you are suing under section 1983, what federal constitutional or statutory right(s) do you claim is/are being violated by state or local officials?

Eight admendment, delibrate indifference. Due process racisl prejudice

C. Plaintiffs suing under *Bivens* may only recover for the violation of certain constitutional rights. If you are suing under *Bivens*, what constitutional right(s) do you claim is/are being violated by federal officials?

D. Section 1983 allows defendants to be found liable only when they have acted "under color of any statute, ordinance, regulation, custom, or usage, of any State or Territory or the District of Columbia." 42 U.S.C. § 1983. If you are suing under section 1983, explain how each defendant acted under color of state or local law. If you are suing under *Bivens*, explain how each defendant acted under color of federal law. Attach additional pages if needed.

See Attachment D.

## III. Prisoner Status

Indicate whether you are a prisoner or other confined person as follows *(check all that apply)*:

- [ ] Pretrial detainee
- [ ] Civilly committed detainee
- [ ] ~~Immigration detainee~~
- [x] Convicted and sentenced state prisoner
- [ ] Convicted and sentenced federal prisoner
- [ ] Other *(explain)* _____

## IV. Statement of Claim

State as briefly as possible the facts of your case. Describe how each defendant was personally involved in the alleged wrongful action, along with the dates and locations of all relevant events. You may wish to include further details such as the names of other persons involved in the events giving rise to your claims. Do not cite any cases or statutes. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

A. If the events giving rise to your claim arose outside an institution, describe where and when they arose.

B. If the events giving rise to your claim arose in an institution, describe where and when they arose.

At 82911 Beach Access Rd
Umatilla, OR - 97882.    In Medical at 8:50 am

C. What date and approximate time did the events giving rise to your claim(s) occur?

On 8-28-25   8:50am

D. What are the facts underlying your claim(s)? *(For example: What happened to you? Who did what? Was anyone else involved? Who else saw what happened?)* On 8-26-25 I injury my left knee playing basketball that night I was giving cruthes and a wheelchair On 8-27-25 I sew an outside Doctor for further evalation. A CT scan was done. I was giving a shot in the leg, two cruthes and a leg brace I spoke with the prison provider. which I ask her could I be move to a handicapp cell, Due to the fact I was bound to a wheelchair, cruthes and a leg brace

## V. Injuries

If you sustained injuries related to the events alleged above, describe your injuries and state what medical treatment, if any, you required and did or did not receive.

I suffer a back injury, face injuries and left leg injury and emotional stress. I received a hot towel for my back other medical needs was deinded

## VI. Relief

State briefly what you want the court to do for you. Make no legal arguments. Do not cite any cases or statutes. If requesting money damages, include the amounts of any actual damages and/or punitive damages claimed for the acts alleged. Explain the basis for these claims. The basis for my claims is I was lied on by Officer Cardenas she said I tried to extort staff which never happen I didnt even get a write-up for extorting of staff. I was deinded medical by nurse Bickford exessive use of force by c/o's seeking 100,000 in damages and 50,000 punitive

### VII. Exhaustion of Administrative Remedies Administrative Procedures

The Prison Litigation Reform Act ("PLRA"), 42 U.S.C. § 1997e(a), requires that "[n]o action shall be brought with respect to prison conditions under section 1983 of this title, or any other Federal law, by a prisoner confined in any jail, prison, or other correctional facility until such administrative remedies as are available are exhausted."

Administrative remedies are also known as grievance procedures. Your case may be dismissed if you have not exhausted your administrative remedies.

A. Did your claim(s) arise while you were confined in a jail, prison, or other correctional facility?

☑ Yes

☐ No

If yes, name the jail, prison, or other correctional facility where you were confined at the time of the events giving rise to your claim(s).

Two River Correctional Insititution

B. Does the jail, prison, or other correctional facility where your claim(s) arose have a grievance procedure?

☑ Yes

☐ No

☐ Do not know

C. Does the grievance procedure at the jail, prison, or other correctional facility where your claim(s) arose cover some or all of your claims?

☑ Yes

☑ No

☐ Do not know

If yes, which claim(s)?

Denided medical, false report and use of for excessive

D. Did you file a grievance in the jail, prison, or other correctional facility where your claim(s) arose concerning the facts relating to this complaint?

☑ Yes

☐ No

If no, did you file a grievance about the events described in this complaint at any other jail, prison, or other correctional facility?

☐ Yes

☑ No

E. If you did file a grievance:

1. Where did you file the grievance?

At the Prison I'm housed at Two River Correctional

2. What did you claim in your grievance?

medical neglect, false reports, excessives use of force

3. What was the result, if any?

I feel like them answering the grievance does nothing

4. What steps, if any, did you take to appeal that decision? Is the grievance process completed? If not, explain why not. (Describe all efforts to appeal to the highest level of the grievance process.)

I'm in the process of my grievance and I am humbly asking the court to allow my lawsuit to move forward until the process completed. Because I want video footage of the incident perserved. and not lost.

F. If you did not file a grievance:

1. If there are any reasons why you did not file a grievance, state them here:

2. If you did not file a grievance but you did inform officials of your claim, state who you informed, when and how, and their response, if any:

G. Please set forth any additional information that is relevant to the exhaustion of your administrative remedies.

Still pending but since it's a misconduct report I might not be able to grievance. But I d did file a use of force complaint. D.R appeal.

*(Note: You may attach as exhibits to this complaint any documents related to the exhaustion of your administrative remedies.)*

## VIII. Previous Lawsuits

The "three strikes rule" bars a prisoner from bringing a civil action or an appeal in federal court without paying the filing fee if that prisoner has "on three or more prior occasions, while incarcerated or detained in any facility, brought an action or appeal in a court of the United States that was dismissed on the grounds that it is frivolous, malicious, or fails to state a claim upon which relief may be granted, unless the prisoner is under imminent danger of serious physical injury." 28 U.S.C. § 1915(g).

To the best of your knowledge, have you had a case dismissed based on this "three strikes rule"?

☐ Yes

☑ No

If yes, state which court dismissed your case, when this occurred, and attach a copy of the order if possible.

A. Have you filed other lawsuits in state or federal court dealing with the same facts involved in this action?

☐ Yes

☒ No

B. If your answer to A is yes, describe each lawsuit by answering questions 1 through 7 below. *(If there is more than one lawsuit, describe the additional lawsuits on another page, using the same format.)*

1. Parties to the previous lawsuit

    Plaintiff(s) _____

    Defendant(s) _____

2. Court *(if federal court, name the district; if state court, name the county and State)*

    _____

3. Docket or index number

    _____

4. Name of Judge assigned to your case

    _____

5. Approximate date of filing lawsuit

    _____

6. Is the case still pending?

    ☐ Yes

    ☐ No

    If no, give the approximate date of disposition. _____

7. What was the result of the case? *(For example: Was the case dismissed? Was judgment entered in your favor? Was the case appealed?)*

    _____

C. Have you filed other lawsuits in state or federal court otherwise relating to the conditions of your imprisonment?

☐ Yes

☒ No

D. If your answer to C is yes, describe each lawsuit by answering questions 1 through 7 below. *(If there is more than one lawsuit, describe the additional lawsuits on another page, using the same format.)*

1. Parties to the previous lawsuit

   Plaintiff(s) _____

   Defendant(s) _____

2. Court *(if federal court, name the district; if state court, name the county and State)*

   _____

3. Docket or index number

   _____

4. Name of Judge assigned to your case

   _____

5. Approximate date of filing lawsuit

   _____

6. Is the case still pending?

   ☐ Yes

   ☐ No

   If no, give the approximate date of disposition _____

7. What was the result of the case? *(For example: Was the case dismissed? Was judgment entered in your favor? Was the case appealed?)*

   _____

## IX. Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

### A. For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case-related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing: 9-21-25

Signature of Plaintiff: Honora Tremaine Patterson
Printed Name of Plaintiff: Honora Tremaine Patterson
Prison Identification #: 70466235
Prison Address: 82911 Beach Access Rd
Umatilla, OR 97882
*City* *State* *Zip Code*

### B. For Attorneys

Date of signing: _____

Signature of Attorney: _____
Printed Name of Attorney: _____
Bar Number: _____
Name of Law Firm: _____
Address: _____
_____
*City* *State* *Zip Code*

Telephone Number: _____
E-mail Address: _____

Form 39.010

# Attachment

Additional Defendants

D. Heehn = Captain    Official capacity

Health Service Provider = Speiley  Official capacity

9·21·25

Respectfully Submitted

# Attachment D.
## Additional Information

C/O Cardenas lied on me and told Sgt. J. Olvera I was being place in Seg for Extortion of staff. I never received a misconduct report for extortion. Officer Cardenas has a history on lying on inmates and doing Unprofessional things to get inmate to go off to send them to Seg. Officer Cardenas should be held accountable for her actions. Sgt. J. Olvera used unnecessary force instead of investigating the Extortion claim that officer Cardenas made up. Sgt J. Olvera just tried to put handcuffs on me for no reason. I did not do nothing wrong. It was no use for handcuffs. The health service provider Spilegge fail to do her job. I was in a wheelchair, cruthes, and leg brace. I suppose to be in a handicapp cell untyl I properly heal up. I was denied medical. Nurse Bickford didn't evaluate my left knee and told me security handle housing. But that's not true. Medical move me to bottom bunk bottom trer. If I'm in a wheelchair, cruthes, and leg brace I do qualify for a handicapp cell by health service. Captain D. Heehn was the supervisor over the incident and he allow staff to make up false report.

Attachment
Additional Information

K. Harris did nothing to deescalate the incident he just attack me.

Officer Cardenas provoke this whole incident by lying about an extortion charge that never happen. She never wrote a misconduct report explaining who, how I tried to extort staff. Officer Cardenas was trying to just send me to seg. because that the type of person she is.

Respectfully Submitted

9.21.25



# Oregon Department of Corrections (ODOC)
## Two Rivers Correctional Institution
### Grievance - Denied

**To:** Patterson, Honora  **SID #:** 70466235  **Cell:** TRCI:DS018
**From:** Rossi, H  For A.  **Date:** 09/26/2025
TRCI Grievance Coordinator
**Re:** Non-Medical# TRCI_2025_09_048

The grievance you submitted is being returned to you due to non-compliance with the Department of Corrections (DOC) Rule #109 (Grievance Review System) for the following reason(s):

I am returning your grievance to you as you have not met the requirements under 291-109-0210. The grievance rule does not permit grieving misconduct reports or sanctions. .

291-109-0210 (4) An AIC cannot grieve the following: (g) Misconduct reports, investigations leading to or arising from misconduct reports, or disciplinary hearings, findings, and sanctions.

If you have any questions regarding your grievance, please refer to the Department of Corrections Administrative Rule "Grievance Review System" tab #109 located in the legal library or kyte your institution Grievance/Discrimination Complaint Coordinator.

SENT
SEP 26 2025
TRCI GRIEVANCE OFFICE

Confidentiality Notice: This document contains information belonging to the Department of Corrections. This information may be confidential, restricted, and/or legally privileged, and is intended for appropriate and approved use under existing department rules, regulations, confidentiality and security agreements. If you have received this document in error, please notify DOC immediately, keep the contents confidential, and promptly destroy the information and/or delete the document information from your computer system.

# GRIEVANCE FORM

Name: Patterson, Honora T    70466235    DSU-111
       Last      First    Initial    SID#    Cell/Block/Bunk #

Whom are you grieving: Sergeant Olvera, J

Please provide the date/time of incident giving rise to grievance: 8-28-25  8:58am

List in detail all the reasons for your grievance. (What is the problem? When did it happen – date/time/place?) Attach copies of any documents or any material(s), which support your grievance, including the names of any persons you think should be questioned.

On 8/28/25 I AIC Patterson was in medical at 8:58. Sergeant Olvera, J conspired with officer Cardenas to take me to segregation for extortion. A rule violation that never happen. I am currently in DSU and I'm not charge with a rule violation of extortion. Sergeant Olvera, J wrote a false report. I never hit Sergeant Olvera, J with an close fist to his ribs. Video footage of this incident will prove I never punch him. I never said fuck you, I'm not going to segregation. Because if I did something wrong and staff say I'm going to segregation then I'm going to segregation. Sergeant Olvera, J use unnessary force and then report a false report.

Describe what action you want taken to resolve the grievance. (How can the problem be solved?)

The problem can't be solved I'm seeking civil legal action. I'm just following the proper steps. Thanks

9-7-25                              Honora Patterson
Date                                Signature

| Receiving Facility (If not processing facility) | Received at Processing Facility RECEIVED SEP 08 2025 TRCI GRIEVANCE OFFICE | Accepted/Denied/RFC DENIED SEP 24 2025 TRCI GRIEVANCE OFFICE | Accepted/Denied/RFC |
|---|---|---|---|
| Date Stamp | Date Stamp | Date Stamp | Date Stamp |

Attachment to Grievance Form

Sergeant never mention in his Misconduct Report. that I was in a wheelchair with a leg brace on.
And what I tried to extort. Sergeant Olvera, J. failed to
who
    properly investigate who I tried to extort.
    I AIC Patterson never thresting staff, or tried to
    force or intimidate ODOC at TRCI.
                staff

# GRIEVANCE FORM

Name: Patterson, Honora T    70466235    DSU-111
     Last    First    Initial    SID#    Cell/Block/Bunk #

Whom are you grieving: Officer Cardenas

Please provide the date/time of incident giving rise to grievance: 8-28-25 = 8:58am

List in detail all the reasons for your grievance. (What is the problem? When did it happen – date/time/place?) Attach copies of any documents or any material(s), which support your grievance, including the names of any persons you think should be questioned.

On 8-28-25 I was in a wheelchair, leg brace and crutches. I hurt my left knee and left leg on the sit stool in cell 4 Unit 14. I requested medical attention due to the pain. Officer Cardenas took me to medical. I spoke with nurse Bickford about my medical issue. I never spoke with Officer Cardenas so I could I try to extort staff when I AIC Patterson was only seeking medical attention. Officer Cardenas lied on me. I would like to know how did I try to extort staff. When I'm not in Seg on a Extort violation. Officer Cardenas lied to Olvera, J.

Describe what action you want taken to resolve the grievance. (How can the problem be solved?)

The problem can't be resolved, I'm taking civil legal action against ODOC staff at TRCI. I'm just following the proper steps. Thanks

9-4-25    Honora Patterson
Date    Signature

| Receiving Facility (If not processing facility) | Received at Processing Facility | Accepted/Denied/RFC | Accepted/Denied/RFC |
|---|---|---|---|
| | RECEIVED SEP 05 2025 TRCI GRIEVANCE OFFICE | DENIED SEP 23 2025 TRCI GRIEVANCE OFFICE | |
| Date Stamp | Date Stamp | Date Stamp | Date Stamp |

For grievance information see back page. Distribution: White (Original grievance form); Canary (AIC receipt after processed)    CD 117 (11/2019)

Oregon Department of Corrections - AIC Mail
Institution TRCI          SID 70466235
Name Honora Patterson
Address 82911 Beach Access Road
City Umatilla        State OR   Zip 97882

PORTLAND OR RP ᴄ 972
3 OCT 2025  PM 1  L



Box 1435

United States District Court
District of Oregon
104 SW Dorian Avenue
Pendleton, OR 97801

97801-095999